IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Kristen Bailey, et al., | NO. C 09-02239 JW |
| Plaintiffs, v. | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| Excelligence Learning Corporation, | |
| Defendant. | |

This case is scheduled for a Case Management Conference on October 5, 2009. The parties filed a Joint Stipulation requesting that the Court continue the Case Management Conference. (Docket Item No. 13.) Due to the Court's own busy calendar, the Court GRANTS the parties' Stipulation to continue the Case Management Conference. However, in the event that the parties seek further continuances in the future, the parties' Stipulation shall clearly state *why* a request is being made.

Accordingly, the Court continues the October 5, 2009 Case Management Conference to **November 2, 2009 at 10 a.m.** On or before **October 23, 2009**, the parties shall file a Joint Case Management Statement. The Statement shall include, among other things, a good faith discovery plan with a proposed date for the close of all discovery.

Dated: October 1, 2009

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Margaret Jean Grover mgrover@hbblaw.com
Robert S. Nelson rnelson@nelsonlawgroup.net

**Dated:  October 1, 2009**                                              **Richard W. Wieking, Clerk**

                                                                         **By:      /s/ JW Chambers                    **
                                                                         **          Elizabeth Garcia**
                                                                         **          Courtroom Deputy**