IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Kristen Bailey, et al., | NO. C 09-02239 JW |
| Plaintiffs, | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| v. | |
| Excelligence Learning Corporation, | |
| Defendant. | |

This case is scheduled for a Case Management Conference on November 2, 2009. In its October 2, 2009 Order Continuing Case Management Conference,[1] the Court ordered the parties to file a Joint Case Management Statement on or before October 23, 2009. To date, the parties have not filed a Joint Case Management Statement.

In light of the parties' failure to file a Statement as ordered, the Court continues the November 2 Case Management Conference to **November 16, 2009 at 10 a.m.** On or before **November 6, 2009**, the parties shall file a Joint Case Management Statement. The Statement shall include, among other things, a good faith discovery plan with a proposed date for the close of all discovery.

As it appears that the parties have ignored the Court's October 2 Order, failure to comply with the terms of this Order will result in appropriate sanctions.

Dated: October 27, 2009

JAMES WARE
United States District Judge

---

[1] (Docket Item No. 14.)

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Margaret Jean Grover mgrover@hbblaw.com
Robert S. Nelson rnelson@nelsonlawgroup.net

| | |
|---|---|
| **Dated: October 27, 2009** | **Richard W. Wieking, Clerk** |
| | **By:   /s/ JW Chambers**<br>         **Elizabeth Garcia**<br>         **Courtroom Deputy** |