ROBERT S. NELSON (SBN# 220984)
rnelson@nelsonlawgroup.net
NELSON LAW GROUP
900 Cherry Avenue, Suite 300
San Bruno, CA 94066
(650) 794-2760 (phone)
(650) 794-2761 (fax)

Attorneys for Plaintiffs
KRISTEN AND RICHARD BAILEY


MARGARET J. GROVER (112701)
mgrover@kmtg.com
KRONICK, MOSKOVITZ, TIEDEMANN &
GIRARD
1350 Treat Boulevard, Suite 105
Walnut Creek, CA 94597
Telephone:    (925) 395-2380
Facsimile:    (925) 395-2381

Attorneys for Defendant
EXCELLIGENCE LEARNING
CORPORATION

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTEN BAILEY AND RICHARD BAILEY,<br><br>                    Plaintiffs,<br><br>v.<br><br>EXCELLIGENCE LEARNING CORPORATION,<br><br>                    Defendant. | CASE NO.  C 09-02239 JW (RS)<br><br>**STIPULATED DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE** |

WHEREAS the parties to this action have reached a confidential amicable resolution of all claims and causes of action now pending;

KRONICK, MOSKOVITZ,
TIEDEMANN & GIRARD
ATTORNEYS AT LAW
SACRAMENTO

IT IS HEREBY STIPULATED by and between the parties to this action, through their respective attorneys of record, that the action may be dismissed, in its entirety, with prejudice.

Dated: December 23, 2009     KRONICK, MOSKOVITZ, TIEDEMANN & GIRARD
                             A Law Corporation


                             By: _____
                                 Margaret J. Grover
                                 Attorneys for Defendant
                                 EXCELLIGENCE LEARNING CORPORATION

Dated: December 8, 2009      NELSON LAW GROUP


                             By: _____
                                 Robert S. Nelson
                                 Attorneys for Plaintiffs
                                 KRISTEN AND RICHARD BAILEY


## ORDER

Based upon the foregoing Stipulation of the parties and good cause appearing, the Court dismisses the above action, in its entirety, with prejudice.

The Court terminates any remaining pending deadlines, hearings or motions. The Clerk shall close this file.

Dated: January 20, 2010      _____
                             Honorable James Ware
                             Judge of the United States District Court

KRONICK, MOSKOVITZ,
TIEDEMANN & GIRARD
ATTORNEYS AT LAW
SACRAMENTO

STIPULATED DISMISSAL AND [PROPOSED] ORDER DISMISSING ACTION