1    ROBERT S. NELSON (SBN# 220984)
     rnelson@nelsonlawgroup.net
2    NELSON LAW GROUP
     900 Cherry Avenue, Suite 300
3    San Bruno, CA 94066
     (650) 794-2760 (phone)
4    (650) 794-2761 (fax)

5    Attorneys for Plaintiffs
     KRISTEN AND RICHARD BAILEY
6

7

8    MARGARET J. GROVER (112701)
     mgrover@kmtg.com
     KRONICK, MOSKOVITZ, TIEDEMANN &
9    GIRARD
     1350 Treat Boulevard, Suite 105
10   Walnut Creek, CA  94597
     Telephone:   (925) 395-2380
11   Facsimile:    (925) 395-2381

12   Attorneys for Defendant
     EXCELLIGENCE LEARNING
13   CORPORATION

14

                  UNITED STATES DISTRICT COURT
15
              NORTHERN DISTRICT OF CALIFORNIA
16

17

18   KRISTEN BAILEY AND RICHARD       CASE NO.  C 09-02239 JW (RS)
     BAILEY,
                              **STIPULATED DISMISSAL WITH**
19              Plaintiffs,       **PREJUDICE AND [~~PROPOSED~~] ORDER**
                              **DISMISSING ENTIRE ACTION WITH**
20   v.                              **PREJUDICE**

21   EXCELLIGENCE LEARNING
     CORPORATION,
22
                  Defendant.
23

24

25        WHEREAS the parties to this action have reached a confidential amicable

26   resolution of all claims and causes of action now pending;

27

28

KRONICK, MOSKOVITZ,
TIEDEMANN & GIRARD
ATTORNEYS AT LAW
SACRAMENTO

1    IT IS HEREBY STIPULATED by and between the parties to this action, through

2    their respective attorneys of record, that the action may be dismissed, in its entirety, with

3    prejudice.

4    Dated:  December 23, 2009         KRONICK, MOSKOVITZ, TIEDEMANN &
                                       GIRARD
5                                      A Law Corporation

6

7                                      By: _____

8                                         Margaret J. Grover
                                          Attorneys for Defendant
9                                         EXCELLIGENCE LEARNING CORPORATION

10   Dated:  December 8, 2009          NELSON LAW GROUP

11

12                                     By: _____

13                                        Robert S. Nelson
                                          Attorneys for Plaintiffs
14                                        KRISTEN AND RICHARD BAILEY

15

16

17                              **ORDER**

18       Based upon the foregoing Stipulation of the parties and good cause appearing, the

19   Court dismisses the above action, in its entirety, with prejudice.

20   The Court terminates any remaining pending deadlines, hearings or motions.  The Clerk shall close this file.

21   Dated:  January 20, 2010          _____

22                                     Honorable James Ware
                                       Judge of the United States District Court

23

24

25

26

27

28

KRONICK, MOSKOVITZ,
TIEDEMANN & GIRARD
ATTORNEYS AT LAW
SACRAMENTO

928880.1                        - 2 -                    CASE NO. C 09-02239 JW (RS)

STIPULATED DISMISSAL AND [PROPOSED] ORDER DISMISSING ACTION